```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 39652
    KENNETH ASHBECK
    BONITA ASHBECK                        CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-7908     SSN XXX-XX-3955

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/25/2004 and was confirmed 12/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/13/2009.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         9365.10            .00         936.51
GMAC                      SECURED          20061.00          2275.22     20061.00
GMAC                      UNSECURED             .00            .00            .00
BANKCARD SERVICE          UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        14562.73            .00         1456.27
ECAST SETTLEMENT CORP     UNSECURED        11887.48            .00         1188.75
DISCOVER                  UNSECURED        NOT FILED           .00            .00
SHERMAN ACQUISITION       UNSECURED         9602.13            .00          960.21
ECAST SETTLEMENT CORP     UNSECURED        12254.11            .00         1225.41
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                         1,806.19
DEBTOR REFUND             REFUND                                            250.44

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              30,160.00

PRIORITY                                            .00
SECURED                                       20,061.00
     INTEREST                                  2,275.22
UNSECURED                                      5,767.15
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                           1,806.19
DEBTOR REFUND                                    250.44
                   ---------------       ---------------
TOTALS              30,160.00                 30,160.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 39652 KENNETH ASHBECK & BONITA ASHBECK